# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-299-841**
**Effective Date of Registration:**
April 18, 2022
**Registration Decision Date:**
May 16, 2022

## Title
    Title of Work: baby boy's three-dimensional tooth box

## Completion/Publication
    Year of Completion: 2014
    Date of 1st Publication: January 10, 2015
    Nation of 1st Publication: United States

## Author
    Author: Huishan Chen
    Author Created: sculpture
    Citizen of: China

## Copyright Claimant
    Copyright Claimant: Huishan Chen
    Room 201, Building 7, No. 54, Nanmen Road, Bailongshan Street, Yunhe County, Zhejiang, 323600, China

## Certification
    Name: Huishan Chen
    Date: April 18, 2022



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-299-839**

**Effective Date of Registration:**
April 18, 2022
**Registration Decision Date:**
May 16, 2022

---

## Title

        **Title of Work:** baby girl's three-dimensional tooth box

## Completion/Publication

        **Year of Completion:** 2014
    **Date of 1st Publication:** January 10, 2015
  **Nation of 1st Publication:** United States

## Author

              **Author:** Huishan Chen
        **Author Created:** sculpture
           **Citizen of:** China

## Copyright Claimant

    **Copyright Claimant:** Huishan Chen
    Room 201, Building 7, No. 54, Nanmen Road, Bailongshan Street, Yunhe County, Zhejiang, 323600, China

## Certification

                **Name:** Huishan Chen
                **Date:** April 18, 2022



# Exclusive License Agreement

This Agreement is entered into by and between

**Lisensor:** Huishan Chen
**Address:** Room 201, Building 7, No.54, Nanmen Road, Bailongshan Street, Yunhe County, Zhejiang Province, China
(hereafter "Licensor")

and

**Licensee:** LOVITEDO LLC
**Address:** 8 The Green, Ste A, Dover, Kent, DE 19901
(hereafter "Licensee")

Whereas the Licensor owns the following registered intellectual property rights:

baby girl's three-dimensional tooth box VA 2-299-839, baby boy's three-dimensional tooth box VA 2-299-841
including all goods, images, products, and services, incorporating or utilizing the above
(hereafter "Property").

Therefore, for good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

1. Licensor hereby grants to Licensee an exclusive, nonrevocable, sublicensable, worldwide, perpetual license to the Property, including all existing or future causes of action and the right to sue third-parties for infringement of the Property. This exclusive license includes the sole and exclusive rights to (a) use the Property; (b) reproduce the Property; (c) prepare derivative works of the Property; (d) distribute the Property; (e) perform the Property; (f) display the Property; (g) perform the Property; (h) make the Property; (i) sell the Property; (j) import the Property; (k) offer to sell the Property; and (l) fully commercialize the Property without respect to territory, product, channel, or form of utilization.
2. This Agreement shall automatically terminate and the rights granted herein shall automatically revert back to Licensor effective as one year from the dated executed by both parties below, except that in the event that Licensee is engaged in active litigation concerning the Property, then the rights granted herein shall continue until final termination of any such proceeding.
3. Licensor hereby irrevocably designates and appoints Licensee as Licensor's agent and attorney-in-fact for and in Licensor's behalf and stead to execute and file any such document and do all other lawfully permitted acts to further the prosecution, issuance, and enforcement of the Property, or other rights or protections with the same force and effect as if executed and delivered by Licensor.
4. Licensor hereby acknowledges that this license is exclusive to Licensee and that **Licensor retains no rights to the Property.**

1

5. This Agreement may be executed in counterparts, each of which taken together will be deemed an original instrument. Signatures delivered by electronic means will have the same effect as original signatures
6. This Agreement merges and supersedes all prior and contemporaneous agreements, assurances, representations, and communications between the parties hereto related to the Property. Modification or amendment of this Agreement must be agreed to in writing by both parties herein.
7. If any provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other provision of this Agreement.

_Haishan Chen_
Licensor

_Joe Li_
Licensee

_2024. 4. 19_
Date

_2024/04/25_
Date

2