UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

LOVITEDO, LLC

                Plaintiff,

v.

Case No.: 1:24−cv−05382

Honorable John J. Tharp Jr.

Partnerships and unincorporated Associations Identified in Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for leave to file the Schedule A list of defendants in this case under seal [5] is denied. The plaintiff has made no showing that any of the defendant online marketplaces identified on Schedule A [4] is or is likely to be infringing the plaintiff's copyright [1−1]. Such proof in an online counterfeiting case is typically provided through exhibits containing screenshots of each defendant offering infringing products for sale to Illinois residents. Accordingly, the Clerk is directed to unseal Dkt. no. 4. Further, Plaintiff has made no showing of need to conduct expedited discovery and is not entitled to an order requiring, inter alia, various third parties to mobilize and provide it with vast amounts of information without making any showing to the Court as to (1) the merits of its copyright claims against each defendant in a clearly organized manner and (2) the possibility that the defendants are selling their goods to customers in Illinois, the bare minimum for establishing personal jurisdiction. Plaintiff's motion for alternative service of process [8] is granted. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.